HUTTON & BOURBONNAIS COMPANY v. WOOD HORTON, LARKIN
HORTON, CHARLIE HORTON, AND ROBERT WELCH.

(Filed 1 December, 1920.)

·MOTION in the cause for judgment, according to the opinion of the
Supreme Court, heard before *Adams, J.;* from CALDWELL.

The defendant tendered a judgment, which the court refused to sign.
From the judgment rendered the defendant appealed.

*Councill & Yount and Mark Squires for plaintiff.·*
*W. C. Newland and Hackett & Gilreath for defendant.*

PER CURIAM.   This cause was finally determined by this Court, Fall
Term, 1919, and is reported 178 N. C., 548.   Upon the coming down of
the opinion, the defendant tendered a judgment, which the court refused
to sign.   The court rendered the following judgment:

Upon consideration of the certificate of the Supreme Court filed
herein, it is therefore ordered that the former judgment be, and it is,
affirmed, as to Wood Horton and Larkin Horton, and as to Charlie
Horton and Robert Welch the action is dismissed.   The said Charlie
Horton and Robert Welch will recover their costs in the Superior Court.

W. J. ADAMS,<br>Judge Presiding.

We are of opinion that the judgment rendered by his Honor is in
strict conformity with the opinion of this Court.

Affirmed.